| | |
|---|---|
| 1 | Donald J. Kula, Bar No. 144342 |
| | DKula@perkinscoie.com |
| 2 | Monica M. Ortiz, Bar No. 259282 |
| | MOrtiz@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA  90067-1721 |
| | Telephone:  310.788.9900 |
| 5 | Facsimile:  310.788.3399 |
| 6 | Attorneys for Defendant |
| | Redbox Automated Retail, LLC |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | JOHN SINIBALDI, on behalf of himself and all others similarly situated, | Case No. 11-cv-01761 MMC |
| 12 | | **ORDER RE:** |
| | Plaintiff, | **STIPULATION TO EXTEND TIME OF DEFENDANT REDBOX AUTOMATED RETAIL, LLC TO RESPOND TO COMPLAINT** |
| 13 | | |
| 14 | v. | |
| 15 | REDBOX AUTOMATED RETAIL, LLC, and Does 1 through 100, inclusive, | |
| 16 | Defendant. | |

Case No. 11-cv-01761 MMC    -1-    STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Civil Local Rule 6-1(a), Defendant Redbox Automated Retail, LLC, by and through its counsel, and Plaintiff John Sinibaldi, by and through his counsel, hereby stipulate that Defendant Redbox Automated Retail, LLC has an extension of time through May 2, 2011, to file an Answer or other responsive pleading to the Complaint.

DATED: April 13, 2011

**PERKINS COIE LLP**

By: /s/ Monica M. Ortiz
    Monica M. Ortiz

Attorneys for Defendant
Redbox Automated Retail, LLC

DATED: April 15, 2011

**QUALLS & WORKMAN, L.L.P.**

By: /s/ Daniel H. Qualls
    Daniel H. Qualls

Attorneys for Plaintiff
John Sinibaldi

72292-1005/LEGAL20640053.1

**IT IS SO ORDERED**

/s/ Maxine M. Chesney
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: April 18, 2011