JEFF DOMINIC PRICE
Attorney at Law SBC 165534
1335 4TH Street
Santa Monica, California 90401
T. 310.776.8650
jeff.price@mac.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIO C. SANCHEZ,** | CV 10-03213 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S SERVICE DEADLINE AND DEFENDANT'S ANSWER** |
| v. | |
| **DALLAS ANRUSS, et al.,** | |
| Defendants. | |

The parties, through their counsel of record, have met and conferred and, in the interests of justice and judicial economy, and specifically because counsel for plaintiff has not received pertinent records from the CDCR and needs additional time to do so, stipulate to the following service and answer deadlines:

/ / /

/ / /

/ / /

1

Plaintiff will have until June 7, 2011 within which to file an amended complaint in this case in accordance with the Order issued by the Court on December 27, 2010.

Dated: _May 16, 2011_____     /s/ by Jeff Price by permission_____
                                  Julianne Mossler
                                  Deputy Attorney General for Defendants


Dated: __May 12, 2011_____    __/s/ Jeff Price_____
                                  Jeff Price
                                  Attorney for Plaintiff Sanchez

PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Mossler gave permission to electronically sign this stipulation on her behalf.

**IT IS SO ORDERED**

Dated: __May 17, 2011_____     _____
                                 United States Judge Maxine M. Chesney